JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ABRAHAM MOSES,<br><br>              Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA ATTORNEY GENERAL,<br><br><br>              Respondent. | Case No. CV 25-03518-ODW(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: November 25, 2025

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE